No. 286.   SINCLAIR REFINING CO. *v.* LOUISIANA. October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a properly presented federal question. (1) *Godchaux Co. v. Estopinal,* 251 U. S. 179; *Rooker v. Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon v. Georgia,* 295 U. S. 441, 443; (2) *Louisville & Nashville R. Co. v. Schmidt,* 177 U. S. 230, 236; *Holmes v. Conway,* 241 U. S. 624, 631–632; *Hardware Dealers Insurance Co. v. Glidden Co.,* 284 U. S. 151, 158. *Messrs. Roy T. Osborn* and *F. Carter Johnson, Jr.* for appellant. *Mr. E. Leland Richardson* for appellee.